

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2018

No. 04-18-00392-CR

**STATE** of Texas,
Appellant

v.

Lee Allison **GOINS**,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2733
Honorable Joey Contreras, Judge Presiding

# O R D E R

On June 7, 2018, the State filed a Notice of Appeal, Certification, and Request for Stay. In its notice of appeal, the State indicates it is appealing the trial court's order granting the Defendant's Motion to Quash the Indictment signed on June 6, 2018. However, the clerk's record did not contain an order indicating the date upon which the trial court signed its ruling. Accordingly, on July 12, 2018, we ordered the trial court to sign an order containing its original ruling as well as the date upon which it made its original ruling on or before July 23, 2018. We further ordered the district court clerk to file a supplemental clerk's record containing the trial court's order no later than fifteen days after the date the trial court completes the order.

Thereafter, on July 20, 2018, the State filed a motion requesting an extension of time to file its brief. In its motion, the State explains it is waiting for the district clerk to file a supplemental clerk's record with a signed and dated. The State further indicates it will need at least twenty (20) days past the date the supplemental clerk's record is due to have sufficient time to brief. On July 25, 2018, the district court clerk filed a supplemental clerk's record containing the signed and dated order. Thereafter, on August 1, 2018, one of the court reporters responsible for preparing the record filed a portion of the reporter's record on August 1, 2018.

Because the appellate record appears to be complete, we **GRANT** the State's pending motion requesting an extension of time to file its brief and **ORDER** the State to file its brief **on or before August 31, 2018**. *See* Tex. R. App. P. 38.6 (requiring appellant's brief to be due 30 days after appellate record is complete).

We **order** the clerk of this court to serve a copy of this order on all counsel and the district clerk of Bexar County.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2018.

_____
Keith E. Hottle
Clerk of Court